IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANTHONY A. LEWANDOWSKI,<br><br>        Defendant. | 4:12CR228<br><br>**ORDER** |

1) The Marshall shall release the defendant to the Federal Public Defender or one of its staff members for transport to Bristol Station in Hastings, Nebraska, on August 9, 2012, the pickup time and location to be arranged between defendant's attorney and the United States Marshals Service

2) The defendant shall comply with all terms of the order setting his conditions of release which was entered on August 6, 2012. (See filing no. 15).

August 9, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge